4700 Mueller Blvd., Suite 200
Austin, Texas 78723

HEIDI A. COUGHLIN

VIA ECF

Honorable Philip M. Halpern
United States District Court
300 Quarropas St., Courtroom
White Plains, New York 10

> Application granted to the extent Plaintiff requests the Court direct production to Defendant of certain documents in Plaintiff's possession which are subject to the Stipulated Confidentiality Agreement and Protective Order entered in *Nolan et al. v. International Business Machines Corp.*, No. 7:24-cv-04653 ("IBM Protective Order"), identified in Exhibit A to Plaintiff's letter. However, at least ten days prior to production, Plaintiff shall give notice to IBM pursuant to paragraph 15 of the IBM Protective Order, and shall certify such notice in writing via ECF. In light of the Court's resolution of the parties' discovery disputes at the October 30, 2025 conference, the Clerk of Court is respectfully requested to terminate the pending letter-motion (Doc. 20).
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>        November 4, 2025

Re: *Blanchard v. Kyndryl Holdings, Inc., Case No. 7:25-cv-2971*

Your Honor:

Thank you for the opportunity to appear before you last week. Pursuant to the Court's instruction on October 30, 2025 in response to Defendant Kyndryl Holding, Inc.'s in-court request, Plaintiff Blanchard respectfully requests that the documents identified in the attached Exhibit A are temporarily exempted from the Stipulated Confidentiality Agreement and Protective Order in *Nolan, et al. v. International Business Machines Corp., Case No. 7:24-04653,* so that a copy of each identified document can be produced to Plaintiff and Defendant in the *Blanchard v. Kyndyl* case identified above. The documents in Exhibit A include several prior depositions and their associated exhibits as well as a small number of other documents.

Once produced in the *Blanchard v. Kyndryl* case, the identified documents will be subject to the Stipulated Confidentiality and Protective Order in that case and will retain all previous Confidential or Attorney's Eyes-Only designations made in the *Nolan* case.

Please let me know if I may answer any questions.

Respectfully submitted,

*/s/ Heidi A. Coughlin*
Heidi A. Coughlin

cc: All Counsel of Record (via ECF)

# EXHIBIT A

1. IBMN_0000001 - IBMN_0000260
2. IBMN_0000261 - IBMN_0000276
3. IBMN_0000277 - IBMN_0000297
4. IBMN_0000298 - IBMN_0000300
5. IBMN_0000301 - IBMN_0000301
6. IBMN_0000302 - IBMN_0000312
7. IBMN_0000313 - IBMN_0000317
8. IBMN_0000318 - IBMN_0000323
9. IBMN_0000324 - IBMN_0000327
10. IBMN_0000328 - IBMN_0000337
11. IBMN_0000338 - IBMN_0000339
12. IBMN_0000340 - IBMN_0000342
13. IBMN_0000343 - IBMN_0000348
14. IBMN_0000349 - IBMN_0000352
15. IBMN_0000353 - IBMN_0000366
16. IBMN_0000367 - IBMN_0000371
17. IBMN_0000372 - IBMN_0000618
18. IBMN_0000674 - IBMN_0000674
19. IBMN_0000675 - IBMN_0000704
20. IBMN_0000705 - IBMN_0000715
21. IBMN_0000716 - IBMN_0000727
22. IBMN_0000728 - IBMN_0000728
23. IBMN_0000729 - IBMN_0000761
24. IBMN_0000762 - IBMN_0000776
25. IBMN_0000762 - IBMN_0000819
26. IBMN_0000876 - IBMN_0001075
27. IBMN_0001119 - IBMN_0001120
28. IBMN_0001121 - IBMN_0001131
29. IBMN_0001132 - IBMN_0001132
30. IBMN_0001133 - IBMN_0001135
31. IBMN_0001136 - IBMN_0001138
32. IBMN_0001139 - IBMN_0001140
33. IBMN_0001141 - IBMN_0001192
34. IBMN_0001193 - IBMN_0001198
35. IBMN_0001199 - IBMN_0001201
36. IBMN_0001202 - IBMN_0001210
37. IBMN_0001211 - IBMN_0001226
38. IBMN_0001227 - IBMN_0001235
39. IBMN_0001236 - IBMN_0001402
40. IBMN_0001438 - IBMN_0001439
41. IBMN_0001440 - IBMN_0001440
42. IBMN_0001441 - IBMN_0001444
43. IBMN_0001445 - IBMN_0001448
44. IBMN_0001449 - IBMN_0001455
45. IBMN_0001456 - IBMN_0001458
46. IBMN_0001459 - IBMN_0001460
47. IBMN_0001461 - IBMN_0001488
48. IBMN_0001489 - IBMN_0001491
49. IBMN_0001492 - IBMN_0001494
50. IBMN_0001495 - IBMN_0001499
51. IBMN_0001500 - IBMN_0001500
52. IBMN_0001501 - IBMN_0001503
53. IBMN_0001504 - IBMN_0001504
54. IBMN_0001505 - IBMN_0001511
55. IBMN_0001512 - IBMN_0001518
56. IBMN_0001519 - IBMN_0001528
57. IBMN_0001529 - IBMN_0001797
58. IBMN_0001803 - IBMN_0002200

| | |
|---|---|
| 59. IBMN_0002201 - IBMN_0002204 | 94. IBMN_0010575 - IBMN_0010579 |
| 60. IBMN_0002205 - IBMN_0002208 | 95. IBMN_0010580 - IBMN_0010580 |
| 61. IBMN_0002209 - IBMN_0002221 | 96. IBMN_0010596 - IBMN_0010598 |
| 62. IBMN_0002222 - IBMN_0002222 | 97. IBMN_0010599 - IBMN_0010621 |
| 63. IBMN_0002223 - IBMN_0002246 | 98. IBMN_0010622 - IBMN_0010632 |
| 64. IBMN_0002247 - IBMN_0002279 | 99. IBMN_0010677 - IBMN_0010678 |
| 65. IBMN_0002280 - IBMN_0002280 | 100. IBMN_0010679 - IBMN_0010680 |
| 66. IBMN_0002303 - IBMN_0002305 | 101. IBMN_0010681 - IBMN_0010682 |
| 67. IBMN_0002311 - IBMN_0002312 | 102. IBMN_0010683 - IBMN_0010684 |
| 68. IBMN_0002333 - IBMN_0002336 | 103. IBMN_0010686 - IBMN_0010695 |
| 69. IBMN_0002337 - IBMN_0002338 | 104. IBMN_0010696 - IBMN_0010706 |
| 70. IBMN_0002347 - IBMN_0002348 | 105. IBMN_0010718 - IBMN_0010722 |
| 71. IBMN_0002349 - IBMN_0002350 | 106. IBMN_0010723 - IBMN_0010726 |
| 72. IBMN_0002351 - IBMN_0002352 | 107. IBMN_0010727 - IBMN_0010741 |
| 73. IBMN_0002353 - IBMN_0002353 | 108. IBMN_0010745 - IBMN_0010748 |
| 74. IBMN_0002356 - IBMN_0002358 | 109. IBMN_0010760 - IBMN_0010764 |
| 75. IBMN_0002374 - IBMN_0002376 | 110. IBMN_0010765 - IBMN_0010769 |
| 76. IBMN_0002379 - IBMN_0002403 | 111. IBMN_0010775 - IBMN_0010780 |
| 77. IBMN_0002404 - IBMN_0002406 | 112. IBMN_0010784 - IBMN_0010785 |
| 78. IBMN_0002407 - IBMN_0002408 | 113. IBMN_0010790 - IBMN_0010791 |
| 79. IBMN_0002409 - IBMN_0002412 | 114. IBMN_0010792 - IBMN_0010794 |
| 80. IBMN_0002413 - IBMN_0002415 | 115. IBMN_0010806 - IBMN_0010809 |
| 81. IBMN_0002416 - IBMN_0002416 | 116. IBMN_0010811 - IBMN_0010812 |
| 82. IBMN_0002432 - IBMN_0002436 | 117. IBMN_0010813 - IBMN_0010814 |
| 83. IBMN_0002469 - IBMN_0002487 | 118. IBMN_0010819 - IBMN_0010822 |
| 84. IBMN_0002488 - IBMN_0002490 | 119. IBMN_0010838 - IBMN_0010839 |
| 85. IBMN_0002491 - IBMN_0002512 | 120. IBMN_0010848 - IBMN_0010851 |
| 86. IBMN_0002519 - IBMN_0002559 | 121. IBMN_0010853 - IBMN_0010857 |
| 87. IBMN_0002560 - IBMN_0002623 | 122. IBMN_0010860 - IBMN_0010862 |
| 88. IBMN_0002639 - IBMN_0002657 | 123. IBMN_0010868 - IBMN_0010871 |
| 89. IBMN_0010538 - IBMN_0010539 | 124. IBMN_0010895 - IBMN_0010903 |
| 90. IBMN_0010540 - IBMN_0010543 | 125. IBMN_0010910 - IBMN_0010950 |
| 91. IBMN_0010544 - IBMN_0010557 | 126. IBMN_0010975 - IBMN_0010987 |
| 92. IBMN_0010558 - IBMN_0010559 | 127. IBMN_0010995 - IBMN_0011255 |
| 93. IBMN_0010560 - IBMN_0010573 | 128. IBMN_0011312 - IBMN_0011312 |

| | | | |
|---|---|---|---|
| 129. | IBMN_ 0011313 - IBMN_ 0011321 | 148. | IBMN_ 0011525 - IBMN_ 0011556 |
| 130. | IBMN_ 0011322 - IBMN_ 0011350 | 149. | IBMN_ 0011557 - IBMN_ 0011558 |
| 131. | IBMN_ 0011351 - IBMN_ 0011351 | 150. | IBMN_ 0011559 - IBMN_ 0011568 |
| 132. | IBMN_ 0011352 - IBMN_ 0011355 | 151. | IBMN_ 0011569 - IBMN_ 0011569 |
| 133. | IBMN_ 0011356 - IBMN_ 0011360 | 152. | IBMN_ 0011570 - IBMN_ 0011569 |
| 134. | IBMN_ 0011361 - IBMN_ 0011363 | 153. | IBMN_ 0011571 - IBMN_ 0011632 |
| 135. | IBMN_ 0011364 - IBMN_ 0011369 | 154. | IBMN_ 0011633 - IBMN_ 0011652 |
| 136. | IBMN_ 0011370 - IBMN_ 0011372 | 155. | IBMN_ 0011653 - IBMN_ 0011675 |
| 137. | IBMN_ 0011373 - IBMN_ 0011375 | 156. | IBMN_ 0011676 - IBMN_ 0011983 |
| 138. | IBMN_ 0011376 - IBMN_ 0011380 | 157. | IBMN_ 0011984 - IBMN_ 0012007 |
| 139. | IBMN_ 0011381 - IBMN_ 0011403 | 158. | IBMN_ 0012008 - IBMN_ 0012041 |
| 140. | IBMN_ 0011404 - IBMN_ 0011436 | 159. | IBMN_ 0012042 - IBMN_ 0012043 |
| 141. | IBMN_ 0011437 - IBMN_ 0011438 | 160. | IBMN_ 0012044 - IBMN_ 0012051 |
| 142. | IBMN_ 0011439 - IBMN_ 0011441 | 161. | IBMN_ 0012052 - IBMN_ 0012070 |
| 143. | IBMN_ 0011442 - IBMN_ 0011459 | 162. | IBMN_ 0012071 - IBMN_ 0012094 |
| 144. | IBMN_ 0011460 - IBMN_ 0011460 | 163. | IBMN_ 0012095 - IBMN_ 0012372 |
| 145. | IBMN_ 0011465 - IBMN_ 0011480 | 164. | IBMN_ 0014327 - IBMN_ 0014335 |
| 146. | IBMN_ 0011481 - IBMN_ 0011511 | 165. | IBMN_ 0014342 - IBMN_ 0014356 |
| 147. | IBMN_ 0011512 - IBMN_ 0011524 | | |

Case 7:25-cv-02971-PMH   Document 21   Filed 11/04/25   Page 4 of 4