UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RANDALL BLANCHARD,

                              Plaintiff,

              -against-

KYNDRYL HOLDINGS INC.,

                              Defendant.

**ORDER**

25-CV-02971 (PMH)

PHILIP M. HALPERN, United States District Judge:

On November 17, 2025, non-party International Business Machines Corporation filed a motion to strike a document filed by Plaintiff on this docket. (Doc. 25).

Plaintiff is directed to respond to the pending motion by 5:00 p.m. on November 20, 2025. No reply papers shall be filed.

**SO ORDERED.**

Dated:    White Plains, New York
          November 18, 2025

_____
PHILIP M. HALPERN
United States District Judge