UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RANDALL BLANCHARD,

                Plaintiff,

      -against-

KYNDRYL HOLDINGS INC.,

                Defendant.

**ORDER**

25-CV-02971 (PMH)

PHILIP M. HALPERN, United States District Judge:

The Court held a conference today concerning non-party IBM's objection to Plaintiff's disclosure of certain documents (Doc. 23) and motion to strike documents filed by Plaintiff on this docket (Doc. 25).

For the reasons stated on the record, IBM's objection is OVERRULED and to the extent it has moved to quash, that motion is DENIED. The Court directs production forthwith, to Defendant Kyndryl's counsel only, of the 165 subject documents. The motion to strike the filing of confidential documents is GRANTED.

See Transcript.

The Court respectfully directs the Clerk of Court to strike the documents docketed on November 14, 2025 (Doc. 24) from the docket but retain the summary docket text for the record, and to terminate the pending motion (Doc. 25).

                     **SO ORDERED.**

Dated:   White Plains, New York
         November 25, 2025

_____
PHILIP M. HALPERN
United States District Judge