Morgan Lewis

**Michael S. Burkhardt**
+1.215.963.5130
michael.burkhardt@morganlewis.com

Application granted.

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated: White Plains, New York
November 4, 2026

November 2, 2026

**VIA ECF**

Hon. Philip M. Halpern, U.S.D.J.
United States District Court for the Southern District of Ne
300 Quarropas St., Courtroom 520
White Plains, NY 10601-4150

Re: ***Blanchard v. Kyndryl Holdings Inc.*, No. 7:25-cv-02971-PMH**

Your Honor:

We represent Defendant in the above-referenced matter. We write pursuant to Your Honor's Individual Rule 5(B) and Section 6 of the S.D.N.Y. Electronic Case Filing Rules and Instructions to respectfully request that certain exhibits appended to the Declaration of Michael S. Burkhardt (the "Burkhardt Declaration") in support of Defendant's Summary Judgment Motion be filed under seal.

Throughout this litigation, and pursuant to the parties' Stipulated Confidentiality Agreement and Protective Order (Dkt. 18), the parties have designated certain documents "Confidential." At no point has any party challenged another party's designation of a document as "Confidential." More specifically, no party challenged the Confidentiality designation for the documents at issue in the Defendant's Motion to File Under Seal during the course of discovery.

In connection with Defendant's Motion for Summary Judgment, Defendant is submitting documents produced during discovery that contain confidential business information, strategic plans, financial plans and information, confidential human resources documents relating to employees, confidential organizational information about Kyndryl, Kyndryl personnel, and Kyndryl's customers and customer coverage at Kyndryl, and discussions about that information. These include Exhibit/Tabs M, N, O, Q, R, U, V, W, AA and DD attached to the Burkhardt Declaration. Defendant is also submitting documents containing information of a personal nature regarding employees and former employees, including their ages and job information. These include Exhibit/Tabs P and Y attached to the Burkhardt Declaration.

Defendant is not seeking to seal all documents that it is filing with the Motion for Summary Judgment, which includes some documents that had previously been marked confidential, but do not need to be under seal. Defendant has attempted to narrowly focus this request to documents that contain confidential business and/or personal information that should not be publicly filed.

We thank the Court in advance for its consideration of this request.

Respectfully submitted,

*/s/ Michael S. Burkhardt*
Michael S. Burkhardt